UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :
                                    :
            - v. -                  :     **ORDER**
                                    :
CARLOS ARROYO, et al.,              :     05 Cr. 661
                                    :
            Defendants.             :
                                    :
- - - - - - - - - - - - - - - - - -x

WHEREAS, upon application of the government, the above-referenced Indictment was ordered to be filed under seal; and

WHEREAS the Government has requested that the above-captioned indictment be unsealed;

IT IS HEREBY ORDERED, that, the indictment docketed as 05 Cr. 661 be unsealed.

Dated: New York, New York
       March 12, 2008

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

HON. MICHAEL H. DOLINGER
United States Magistrate Judge
Southern District of New York